**Order entered October 14, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00964-CV

### VISHAL C. PATEL, M.D., Appellant

### V.

### SPINE PHYSICIANS INSTITUTE, PLLC, Appellees

**On Appeal from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-16-01357**

## ORDER

We **GRANT** appellee's October 12, 2016 second opposed motion for extension of time to file its brief. We **ORDER** appellees' to file the brief no later than November 20, 2016.

/s/ ELIZABETH LANG-MIERS
   JUSTICE